Vanessa SIMMONDS, Plaintiff–Appellant,

v.

CREDIT SUISSE SECURITIES (USA) LLC; JPMorgan Chase & Co., a Delaware corporation, successor in interest to Hambrecht & Quist and Chase Securities Inc.; Bank of America Corporation, a Delaware corporation, successor in interest to Fleetboston Robertson Stephens, Inc.; Onvia Inc., a

Delaware corporation formerly known as Onvia.com Inc.; Robertson Stephens, Inc.; J.P. Morgan Securities Inc., Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–Appellant,

v.

Deutsche Bank Securities Inc.; Foundry Networks Inc., Nominal Defendant, a Delaware corporation; Merrill Lynch Pierce Fenner & Smith Incorporated; J.P. Morgan Securities Inc., Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–Appellant,

v.

Merrill Lynch & Co. Inc., Defendant,

and

Finisar Corporation, Nominal Defendant, a Delaware corporation; Merrill Lynch Pierce Fenner & Smith Incorporated; J.P. Morgan Securities Inc., Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–Appellant,

v.

Morgan Stanley & Co., Incorporated; Lehman Brothers, Inc.; Bank of America Corporation; Robertson Stephens, Inc.; Avanex Corporation, Defendants–Appellees.

---

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Credit Suisse Group, a global bank headquartered in Zurich, Switzerland formerly known as Credit Suisse First Boston Corporation; Bank of America Corporation, a Delaware corporation, successor in interest to BancBoston Robertson Stephens, Inc.; Tivo Inc., Nominal Defendant, a Delaware corporation; Robertson Stephens, Inc., Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Goldman Sachs & Co., a New York limited partnership; Bank of America Corporation, a Delaware corporation, successor in interest to FleetBoston Robertson Stephens, Inc.; Robertson Stephens Inc., a Massachusetts corporation, Defendants–Appellees,

and

Turnstone Systems, Inc., a Delaware corporation, Defendant.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Goldman Sachs & Co., "Goldman Sachs"; Credit Suisse Securities (USA) LLC, "Credit Suisse" formerly known as Credit Suisse First Boston Corporation; Bank of America Corporation, a Delaware corporation, successor in interest to BancBoston Robertson Stephens, Inc.; Robertson Stephens, Inc.; Juniper Networks Inc., Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Morgan Stanley & Co., Incorporated; Deutsche Bank Securities, Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Ariba Inc., Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Morgan Stanley & Co., Incorporated; Citigroup Global Markets, Inc.; Akamai Technologies, Inc., Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Goldman Sachs Group Inc., a Delaware corporation; JPMorgan Chase & Co., a Delaware corporation, successor in interest to Hambrecht & Quist LLC, Defendants,

and

Kana Software Inc., Nominal Defendant, a Delaware corporation formerly known as Kana Communications Inc.; Goldman Sachs & Co.; J.P. Morgan Securities Inc., Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–Appellant,

v.

Morgan Stanley, a Delaware corporation, successor in interest to Morgan Stanley Dean Witter, Defendant,

and

Silicon Laboratories Inc., Nominal Defendant, a Delaware corporation; Morgan Stanley & Co. Incorporated; Lehman Brothers Inc.; Citigroup Global Markets, Inc., Defendants–Appellees,

James W. Giddens, Trustee for the Liquidation of the Business of Lehman Brothers Inc., Trustee–Appellee.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–Appellant,

v.

Goldman Sachs Group Inc., a Delaware corporation, Defendant,

and

Bank of America Corporation, a Delaware corporation, successor in interest to BancBoston Robertson Stephens, Inc.; Palm Inc., Nominal Defendant, a Delaware corporation; Goldman Sachs & Co.; Morgan Stanley & Co. Incorporated; Merrill Lynch Pierce Fenner & Smith Incorporated; Robertson Stephens, Inc., Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–Appellant,

v.

Goldman Sachs Group Inc., Defendant,

and

Bank of America Corporation, a Delaware corporation, successor in interest to BancBoston Robertson Stephens, Inc.; Maxygen Inc., Nominal Defendant, a Delaware corporation; Goldman Sachs & Co.; Robertson Stephens, Inc., Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–Appellant,

v.

Credit Suisse Group, a global bank headquartered in Zurich, Switzerland FKA Credit Suisse First Boston Corporation; Bank of America Corporation, a Delaware corporation, successor in interest to BancBoston Robertson Stephens, Inc.; Silicon Image, Inc., Nominal Defendant, a Delaware corporation; Robertson Stephens, Inc., Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–Appellant,

v.

Goldman Sachs Group Inc., a Delaware corporation, Defendant,

and

Street.com Inc.; Goldman Sachs & Co.; J.P. Morgan Securities Inc., Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Bank of America Corporation, a Delaware corporation, successor in interest to BancBoston Robertson Stephens, Inc.; Critical Path, Inc., Nominal Defendant, a California corporation; Robertson Stephens, Inc.; J.P. Morgan Securities, Inc., Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Bank of America Corporation, a Delaware corporation, successor in interest to BancBoston Robertson Stephens, Inc.; Concur Technologies, Inc., a Delaware corporation; Robertson Stephens, Inc.; J.P. Morgan Securities, Inc., Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Credit Suisse Group, a global bank headquartered in Zurich, Switzerland; Sourceforge, Inc., Nominal Defendant, a Delaware corporation, FKA VA Linux Systems, Inc.; Lehman Brothers, Inc., Defendants–Appellees,

James W. Giddens, Trustee for the Liquidation of the Business of Lehman Brothers, Inc., Trustee–Appellee.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Goldman Sachs & Co.; J.P. Morgan Securities, Inc.; Red Hat, Inc., a Delaware corporation, Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Credit Suisse Group, a global bank headquartered in Zurich, Switzerland; Selectica, Inc., Nominal Defendant, a Delaware corporation, Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Credit Suisse Group Securities (USA) LLC, a Delaware limited liability company; Bank of America Corporation, a Delaware corporation; Robertson Stephens, Inc., a Massachusetts corporation, Defendants–Appellees,

and

Interwoven, Inc., Defendant.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Morgan Stanley & Co., Incorporated; J.P. Morgan Securities, Inc.; Vignette Corporation, a Delaware corporation, Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Morgan Stanley & Co., Incorporated;
J.P. Morgan Securities, Inc.; Lehman
Brothers, Inc.; Sycamore Networks,
Inc., a Delaware corporation, Defen-
dants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Credit Suisse Group Securities (USA)
LLC, a Delaware limited liability
company; Bank of America Corpora-
tion, a Delaware corporation; Robert-
son Stephens, Inc.; J.P. Morgan Secu-
rities Inc., a Delaware corporation,
Defendants–Appellees,

and

Openwave Systems, Inc., a California
corporation, Defendant.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Credit Suisse Group Securities (USA)
LLC, a Delaware limited liability
company; Bank of America Corpora-
tion, a Delaware corporation; Robert-
son Stephens, Inc., Defendants–Appel-
lees,

and

Informatica Corporation, a Delaware
corporation, Defendant.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Credit Suisse Group Securities (USA)
LLC, a Delaware limited liability
company; Bank of America Corpora-
tion, a Delaware corporation; Robert-
son Stephens, Inc., a Massachusetts
corporation; Merrill Lynch, Pierce,
Fenner & Smith Incorporated, a Dela-
ware corporation; Citigroup Global
Markets Inc., a New York corpora-
tion, Defendants–Appellees,

and

Intersil Corporation, a Delaware
corporation, Defendant.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Goldman Sachs Group Inc., Defendant,

and

Bank of America Corporation, a Dela-
ware corporation, successor in inter-
est to Fleetboston Robertson Ste-
phens, Inc.; Sonus Networks Inc., a
Delaware corporation; Goldman
Sachs & Co.; Lehman Brothers Inc.;
Robertson Stephens, Inc.; J.P. Mor-
gan Securities Inc., Defendants–Appel-
lees,

James W. Giddens, Trustee for the Liq-
uidation of the Business of Lehman
Brothers Inc., Trustee–Appellee.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Morgan Stanley & Co., Incorporated;
J.P. Morgan Securities, Inc., a Dela-
ware corporation; Lehman Brothers,
Inc., a Delaware corporation, Defen-
dants–Appellees,

and

Avici Systems, Inc., a Delaware
corporation, Defendant.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Bank of America Corporation, a Dela-
ware corporation, successor in inter-
est to BancBoston Robertson Ste-
phens, Inc.; Priceline.com Inc., a
Delaware corporation; Morgan Stan-
ley & Co. Incorporated; Merrill
Lynch Pierce Fenner & Smith Incor-
porated; Robertson Stephens, Inc.,
Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Goldman Sachs & Co.; Lehman Broth-
ers, Inc.; J.P. Morgan Securities, Inc.;
Marvell Technology Group, Ltd., a
Bermuda corporation, Defendants–Ap-
pellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Morgan Stanley & Co., Incorporated;
Merrill Lynch Pierce Fenner & Smith
Incorporated; Perot Systems Corpora-
tion, a Delaware corporation, Defen-
dants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Credit Suisse Group, a global bank
headquartered in Zurich, Switzerland;
Deutsche Bank AG, a global bank
headquartered in Frankfurt, Germa-
ny; Lehman Brothers Holdings, Inc.,
a Delaware corporation; Airspan Net-
works, Inc., Nominal Defendant, a
Washington corporation; Deutsche
Bank Securities, Inc.; Lehman Broth-
ers, Inc., Defendants–Appellees,

and

James W. Giddens, Trustee for the Liq-
uidation of the Business of Lehman
Brothers, Inc., Trustee–Appellee.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Goldman Sachs & Co.; Bank of America
Corporation, a Delaware corporation,
successor in interest BancBoston
Robertson Stephens Inc.; Robertson
Stephens, Inc.; Insweb Corporation, a
Delaware corporation, Defendants–
Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Morgan Stanley & Co., Incorporated;
Deutsche Bank Securities, Inc.; Asia-
info Holdings, Inc., a Delaware corpo-
ration, Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Bank of America Corporation, a Delaware corporation, successor in interest to BancBoston Robertson Stephens, Inc. and FleetBoston Roberton Stephens, Inc.; Robertson Stephens, Inc.; J.P. Morgan Securities, Inc.; Keynote Systems, Inc., a Delaware corporation, Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Bank of America Corporation, a Delaware corporation, successor in interest to BancBoston Robertson Stephens, Inc.; Robertson Stephens, Inc.; J.P. Morgan Securities Inc.; Digimarc Corporation, Nominal Defendant, a Delaware corporation, Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Goldman Sachs & Co.; Bear Stearns & Co., Inc.; Deutsche Bank Securities, Inc.; Tibco Software, Inc., a Delaware corporation, Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Martha Stewart Living Omnimedia Inc., a Delaware corporation; Morgan Stanley & Co. Incorporated; Merrill Lynch Pierce Fenner & Smith Incorporated, Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Credit Suisse Group, a global bank headquartered in Zurich, Switzerland; Audible Inc., a Delaware corporation; J.P. Morgan Securities Inc., Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Goldman Sachs & Co., a New York limited partnership; Merrill Lynch Pierce Fenner & Smith Incorporated, a Delaware corporation; Bank of America Corporation, a Delaware corporation, Robertson Stephens, Inc., a Massachusetts corporation, Defendants–Appellees,

and

Saba Software, Inc., a Delaware corporation, Defendant.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Morgan Stanley & Co. Incorporated, a Delaware corporation; Deutsche Bank Securities Inc., a Delaware corporation; Citigroup Global Markets, Inc., a New York corporation, Defendants–Appellees,

and

Transmeta Corporation, a Delaware corporation, Defendant.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Capstone Turbine Corporation, a Delaware corporation; Goldman Sachs & Co.; Merrill Lynch Pierce Fenner & Smith Incorporated; Morgan Stanley & Co. Incorporated, Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Morgan Stanley & Co. Incorporated; Brocade Communications Systems Inc., a Delaware corporation, Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Bank of America Corporation, a Delaware corporation, successor in interest to Robertson Stephens, Inc.; J.P. Morgan Securities Inc.; Robertson Stephens, Inc.; Oplink Communications, Inc., a Delaware corporation, Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Bank of America Corporation, a Delaware corporation, successor in interest to BancBoston Robertson Stephens, Inc.; Robertson Stephens, Inc.; J.P. Morgan Securities Inc.; Navasite, Inc., a Delaware corporation, Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Morgan Stanley & Co. Incorporated, a Delaware corporation; Deutsche Bank Securities, Inc., a Delaware corporation; Aspect Medical Systems, Inc., Nominal Defendant, a Delaware corporation, Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Bank of America Corporation, a Delaware corporation, successor in interest to BancBoston Robertson Stephens, Inc.; Robertson Stephens, Inc.; Bear Stearns & Co., Inc.; Packeteer, Inc., Nominal Defendant, a Delaware corporation, Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Bank of America Corporation, a Delaware corporation, successor in interest to Fleetboston Robertson Stephens, Inc.; Robertson Stephens, Inc.; Omnivision Technologies, Inc., a Delaware corporation, Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Credit Suisse Securities (USA), LLC; Occam Networks, Inc., a Delaware corporation, FKA Accelerated Networks, Inc., Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

J.P. Morgan Securities Inc.; Bear
Stearns & Co., Inc.; Bank of America
Corporation, a Delaware corporation,
successor in interest to BancBoston
Robertson Stephens, Inc.; Robertson
Stephens, Inc.; Immersion Corpora-
tion, a Delaware corporation, Defen-
dants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Morgan Stanley & Co. Incorporated, a
Delaware corporation; Credit Suisse
Securities (USA), LLC; J.P. Morgan
Securities, Inc.; Internap Network
Services Corporation Nominal Defen-
dant, a Delaware corporation, Defen-
dants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Microtune Inc., a Delaware corporation;
Goldman Sachs & Co.; J.P. Morgan
Securities Inc., Defendants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Bank of America Corporation, a Dela-
ware corporation, successor in inter-
est to BancBoston Robertson Ste-
phens, Inc.; Morgan Stanley & Co.
Incorporated; Robertson Stephens,
Inc.; Extreme Networks Inc., Defen-
dants–Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–
Appellant,

v.

Bank of America Corporation, a Dela-
ware corporation, successor in inter-
est to Robertson Stephens, Inc.; J.P.
Morgan Securities Inc.; Robertson
Stephens, Inc.; Cosine Communica-
tions Inc., a Delaware corporation;
Goldman Sachs & Co., Defendants–
Appellees.

In re Section 16(b) Litigation.

Vanessa Simmonds, Plaintiff–Appellee,

v.

Credit Suisse Securities (USA) LLC;
Credit Suisse Securities (USA) LLC;
J.P. Morgan Securities Inc.; Bank of
America Corporation, a Delaware cor-
poration, successor in interest to
Fleetboston Robertson Stephens, Inc.;
Robertson Stephens, Inc., Defendants–
Appellants.

**1148**

In re Section 16(b) Litigation.

Nos. 09–35262, 09–35363, 09–35280, 09–35282, 09–35375, 09–35285, 09–35286, 09–35367, 09–35288, 09–35289, 09–35290, 09–35381, 09–35292, 09–35364, 09–35293, 09–35297, 09–35373, 09–35300, 09–35301, 09–35374, 09–35302, 09–35303, 09–35391, 09–35306, 09–35307, 09–35308, 09–35309, 09–35369, 09–35310, 09–35368, 09–35312, 09–35313, 09–35370, 09–35314, 09–35371, 09–35315, 09–35316, 09–35317, 09–35365, 09–35318, 09–35393, 09–35320, 09–35366, 09–35321, 09–35397, 09–35322, 09–35323, 09–35404, 09–35324, 09–35325, 09–35326, 09–35405, 09–35328, 09–35327, 09–35382, 09–35331, 09–35333, 09–35380, 09–35334, 09–35383, 09–35335, 09–35377, 09–35337, 09–35339, 09–35395, 09–35344, 09–35345, 09–35399, 09–35346, 09–35398, 09–35347, 90–35394, 09–35348, 09–35387, 09–35349, 09–35350, 09–35400, 09–35351, 09–35352, 09–35384, 09–35355, 09–35357, 09–35358, 09–35390, 09–35363.

United States Court of Appeals, Ninth Circuit.

May 15, 2012.

Before: SIDNEY R. THOMAS and MILAN D. SMITH, JR., Circuit Judges, and MICHAEL R. HOGAN, District Judge.*

**ORDER**

The following Non–Moving Issuer cases are REMANDED to the district court for proceedings consistent with the Opinion of the Supreme Court in *Credit Suisse Securities (USA) LLC v. Simmonds*, —— U.S. ——, 132 S.Ct. 1414, 182 L.Ed.2d 446 (2012): 09–35280, 09–35285, 09–35288, 09–35289, 09–35293, 09–35300, 09–35302, 09–35306, 09–35307, 09–35308, 09–35312, 09–35315, 09–35316, 09–35322, 09–35324, 09–35325, 09–35328, 09–35331, 09–35337, 09–35344, 09–35349, 09–35351, 09–35355, and 09–35357.

Consistent with this Court's January 18, 2011 opinion, the district court is ordered to DISMISS WITH PREJUDICE the following Moving Issuer cases due to Simmonds's failure to satisfy Delaware's demand requirement: 09–35262, 09–35282, 09–35286, 09–35290, 09–35292, 09–35297, 09–35301, 09–35303, 09–35309, 09–35310, 09–35313, 09–35314, 09–35317, 09–35318, 09–35320, 09–35321, 09–35323, 09–35326,

---

* The Honorable Michael R. Hogan, United States District Judge for the District of Oregon, sitting by designation.

09–35327, 09–35333, 09–35334, 09–35335, 09–35339, 09–35345, 09–35346, 09–35347, 09–35348, 09–35350, 09–35352, and 09–35358.